UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BRYAN SINGLETON,<br><br>      Plaintiff,<br><br>  v.<br><br>CREDIT ACCEPTANCE,<br><br>      Defendant. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**<br><br>Case No. 3:14-cv-2330-RGJ-KLH<br><br>Judge: Robert G. James<br>Magistrate: Karen L. Hayes |

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice as to all claims and counterclaims and without costs to any party.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Bryan Singleton | Credit Acceptance Corporation |
| /s/ Denis Vega | /s/ Pamela Schultz |
| Denis Vega, LSBA # 26740 | Pamela L. Schultz, LSBA # 27077 |
| Vega & Associates, LLC | Hinshaw & Culbertson LLP |
| 4505 Gary Mikel Ave | 1 California St., Ste. 1800 |
| Metairie, LA 70002 | San Francisco, CA 94111 |
| Tel: 504-534-8342 | Email: pschultz@hinshawlaw.com |
| Fax: 504-324-0868 | Tel.: 415-263-8132 |
| dvega@vegalaw.net | Fax: 415-834-9070 |
| Attorney for Plaintiff | Attorney for Defendant |
| Bryan Singleton | Credit Acceptance Corporation |

2

Signed by Plaintiff's attorney, Denis Vega, with permission granted by Defendant's attorney Pamela L. Schultz.